**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael A. Kropf** | Social Security number or ITIN | **xxx–xx–7762** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Samantha J. Matlas** | Social Security number or ITIN | **xxx–xx–7629** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **17–21048–GLT**

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael A. Kropf                                    Samantha J. Matlas

6/28/17                                             **By the court:**  Gregory L. Taddonio
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                        Case No. 17-21048-GLT
Michael A. Kropf                                              Chapter 7
Samantha J. Matlas
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin             Page 1 of 1          Date Rcvd: Jun 28, 2017
                              Form ID: 318            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db/jdb         +Michael A. Kropf,    Samantha J. Matlas,    61 Colonial Manor Road, Apt. B-2,
                 North Huntingdon, PA 15642-1600
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
14384869       +American Education Services,    PO Box 61047,    Harrisburg, PA 17106-1047
14384870       +Bank of America,    4242 Six Forks Road,    Raleigh, NC 27609-6084
14386053       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14384876       +UPMC,   PO Box 371472,    Pittsburgh, PA 15250-7472
14384877       +Wayne Kramer & State Farm Mutual,    Insurance Company,    c/o Weber Gallagher,
                 4 PPG Place, 5th Floor,    Pittsburgh, PA 15222-5423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2017 00:57:44      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14384868       +EDI: GMACFS.COM Jun 29 2017 00:38:00      Ally Bank,    PO Box 380901,
                 Bloomington, MN 55438-0901
14384871        EDI: CAPITALONE.COM Jun 29 2017 00:38:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
14384872        EDI: RMSC.COM Jun 29 2017 00:38:00      Care Credit,    c/o Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
14384873       +E-mail/Text: bankruptcy@clearviewfcu.org Jun 29 2017 00:58:01
                 Clearview Federal Credit Union,    1920 Park Manor Boulevard,    Pittsburgh, PA 15205-4808
14384878       +EDI: WFFC.COM Jun 29 2017 00:38:00      Wells Fargo Bank,    PO Box 660553,
                 Dallas, TX 75266-0553
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14384874*       +Clearview Federal Credit Union,    1920 Park Manor Boulevard,    Pittsburgh, PA 15205-4808
14384875*       +Clearview Federal Credit Union,    1920 Park Manor Boulevard,    Pittsburgh, PA 15205-4808
                                                                                TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Samantha J. Matlas julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Kenneth Steidl    on behalf of Debtor Michael A. Kropf julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5
```